IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD EADDY,

                Petitioner,

   v.

STEVEN GLUNT et al.,

                Respondents.

CIVIL ACTION
NO. 15-1399

**ORDER**

**AND NOW**, this 28th day of June 2016, upon consideration of Petitioner's pro se

Petition for Writ of Habeas Corpus (Doc. No. 1), the Response to the Petition for Writ of Habeas

Corpus (Doc. No. 13), Petitioner's Reply to the Response (Doc. No. 14), Magistrate Judge Lynne

A. Sitarski's Report and Recommendation (Doc. No. 25), Petitioner's Objection to the Report

and Recommendation (Doc. No. 16), Petitioner's Motion for Leave to Amend the Petition (Doc.

No. 18), and the pertinent state court record, and in accordance with the Opinion of the Court

issued this day, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 15) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3. The Motion for Leave to Amend the Petition (Doc. No. 18) is **DENIED**.

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made

    a substantial showing of the denial of a constitutional right nor demonstrated that

    reasonable jurists would debate the correctness of this ruling. See 28 U.S.C. §

    2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

5.  The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.